UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PRISCILIANO HERNANDEZ LINAR,

                     Plaintiff,                 22-CV-03102 (JMF)(SN)

      -against-                                     **ORDER**

EL VALLE 794 REST., CORP., et al.,

                     Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On April 15, 2022, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. By April 21, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference to take place at least two weeks before June 28, 2022. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

SO ORDERED.

                                                           _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      April 18, 2022
                 New York, New York