# LAW OFFICES OF MARTIN E. RESTITUYO, P.C.

1325 Avenue of the Americas, 28th Floor, New York, New York 10019

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

June 15, 2022

*Via Email and ECF*

Hon. Sarah Netburn
Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Linar v El Valle 794 Rest. Corp., et al.*, Ca. No. 1:22-03102-JMF-SN

Dear Judge Netburn,

    This firm represents the defendants in the above referenced matter. We write with respect to Your Honor's Order of April 18, 2021, directing the parties to contact your office in order to schedule a date for settlement. Doc. No. 15. Your Honor is advised that the Defendants made a motion to dismiss in this action and are not interested in discussing settlement at this time.

    We would appreciate that Your Honor hold in abeyance our settlement conference until such time as the motion to dismiss is decided if this case remains open.

    We thank Your Honor for your patience and understanding.

Martin E. Restituyo, Esq.

Cc: William Oates, Esq.