UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PRISCILIANO HERNANDEZ LINAR,

                           Plaintiff,           22-CV-03102 (JMF)(SN)

        -against-                                    **ORDER**

EL VALLE 794 REST., CORP., et al.,

                           Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On June 15, 2022, Defendants wrote to ask that the Court "hold in abeyance" any settlement conference in this case until after the resolution of Defendants' pending motion to dismiss. A telephonic conference to discuss the possibility of settlement is scheduled for July 1, 2022, at 10:30 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 17, 2022
                New York, New York