```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PRISCILIANO HERNANDEZ LINAR,

                Plaintiff,

   -against-

EL VALLE 794 REST., CORP., et al.,

                Defendants.

------------------------------------------------------------X

22-CV-03102 (JMF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    For the reasons discussed at the July 1, 2022 conference, Defendants' time to respond to the complaint is extended to August 5, 2022. Additionally, by July 22, 2022, the parties shall file a joint letter informing the Court of the status of settlement discussions. Should the parties wish to schedule a settlement conference before me, they are referred to the Court's April 18, 2022 order for further instructions. See ECF No. 15.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 1, 2022
                New York, New York