UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                :

PRISCILIANO HERNANDEZ LINAR,         :

                          Plaintiff,         :

                                                :         22-CV-3102 (JMF)

                -v-                                  :

                                                :              <u>ORDER</u>

EL VALLE 794 REST., CORP. et al.,          :

                        Defendants.        :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The initial pretrial conference, scheduled for July 12, 2022, is adjourned to **August 9, 2022** at **4:15 p.m.**

       SO ORDERED.

Dated: July 5, 2022
       New York, New York

                                                          JESSE M. FURMAN
                                                  United States District Judge