UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRISCILIANO HERNANDEZ LINAR,

      Plaintiff,        22-CV-3102 (JMF)

   -v-            <u>ORDER</u>

EL VALLE 794 REST., CORP. et al.,

      Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

   In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person. Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If the Court determines that the conference is necessary, it will be held by telephone on **August 9, 2022, at 1:30 p.m.** In either case, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

   SO ORDERED.

Dated: August 1, 2022
   New York, New York         _____
                     JESSE M. FURMAN
                     United States District Judge