UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRISCILIANO HERNANDEZ LINAR,
*individually and on behalf of others similarly situated,*

                         *Plaintiff,*

      -against-

EL VALLE 794 REST., CORP. (D/B/A EL VALLE), SOUTHERN BLVD'S CAFE CORP. (D/B/A EL VALLE), YRENO CEDANO, ANA CEDANO, and KEVI COMAS,

                         *Defendants.*
-----------------------------------------------------------X

Docket No.: 22-cv-03102 (JMF) (SN)

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. 68**

Plaintiff, Prisciliano Hernandez Linar ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Court that, on or about August 2, 2022, said Plaintiff accepted an Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, made by Defendants, El Valle 794 Rest. Corp. (d/b/a El Valle), Southern Blvd's Café Corp. (d/b/a El Valle), Yreno Cedano, Ana Cedano, and Kevi Comas. Attached hereto are copies of, respectively: (a) said Offer of Judgment; (b) Plaintiff's Acceptance of said Offer of Judgment; (c) Proof of Service of said Acceptance; and (d) a Proposed Judgment.

Dated: New York, New York
       August 2, 2022

William K. Oates, Esq.
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
Tel: (212) 317-1200
Email: woates@csm-legal.com
*Attorneys for Plaintiff*