UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

PRISCILIANO HERNANDEZ LINAR,
*individually and on behalf of others similarly situated,*

                *Plaintiff,*

    -against-

EL VALLE 794 REST., CORP.  (D/B/A EL VALLE), SOUTHERN BLVD'S CAFE CORP.  (D/B/A EL VALLE), YRENO CEDANO, ANA CEDANO, and KEVI COMAS,

                *Defendants.*
--------------------------------------------------------X

**Docket No.: 22-cv-03102 (JMF) (SN)**

~~**PROPOSED**~~ **JUDGMENT**

WHEREAS, on or about July 29, 2022, Defendants, El Valle 794 Rest. Corp. (d/b/a El Valle), Southern Blvd's Café Corp. (d/b/a El Valle), Yreno Cedano, Ana Cedano, and Kevi Comas (collectively "Defendants"), extended to Plaintiff, Prisciliano Hernandez Linar ("Plaintiff"), an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of <u>Three Thousand Dollars and Zero Cents ($3,000.00)</u>, and

WHEREAS, on or about August 2, 2022, Plaintiff accepted said offer,

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Three Thousand Dollars and Zero Cents ($3,000.00)</u>.

The Clerk of Court is directed to close this case.  SO ORDERED.

Dated: New York, New York

      August 3 _____, 2022

                                    _____
                                    HON. JESSE M. FURMAN, U.S.D.J.