UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRISCILIANO HERNANDEZ LINAR,
*individually and on behalf of others similarly situated,*

                              *Plaintiff,*

-against-

EL VALLE 794 REST., CORP. (D/B/A EL VALLE), SOUTHERN BLVD'S CAFE CORP. (D/B/A EL VALLE), YRENO CEDANO, ANA CEDANO, and KEVI COMAS,

                              *Defendants.*
-----------------------------------------------------------X

Docket No.: 22-cv-03102 (JMF) (SN)

**SATISFACTION OF JUDGMENT**

      **WHEREAS**, on August 3, 2022, this Court entered judgment in favor of Plaintiff, Prisciliano Hernandez Linar, and against Defendants, El Valle 794 Rest. Corp. (d/b/a El Valle), Southern Blvd's Café Corp. (d/b/a El Valle), Yreno Cedano, Ana Cedano, and Kevi Comas, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of Three Thousand Dollars and No Cents ($3,000.00); and

      **WHEREAS**, the judgment has been fully paid and the sum of $0.00 remains unpaid; and

      **WHEREAS**, it is certified that there are no outstanding executions with any Sheriff or Marshall within the State of New York,

      **THEREFORE**, satisfaction of said judgment is hereby acknowledged, and the said Clerk's Office is hereby authorized and directed to make an entry of satisfaction of judgment on the docket.

Dated: New York, New York
       October 11, 2022

By: _____
William K. Oates, Esq.
CSM LEGAL, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*

Sworn to before me on this
11ᵗʰ day of October, 2022

_____
Notary Public

STACIE ITURBIDE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IT6437038
Qualified in Queens County
My Commission Expires 08-01-2026